No. 737, Misc. NIRENBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 761, Misc. PEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 772, Misc. KAPLAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 821, Misc. STOKES v. NORTH CAROLINA. C. A. 2d Cir. Certiorari denied.

No. 827, Misc. ALBERT v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 519, Misc. DAVIS v. PEPERSACK, WARDEN. Petition for writ of certiorari to the Court of Appeals of Maryland denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court.

No. 802, Misc. STONEKING v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. Petitioner *pro se. Solicitor General Rankin* for the United States.